UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

IN RE:                                                                    CASE NO. 16-10189

Jamie N. Grimm
aka Jamie N Titlow

_____ Debtor(s) /

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Dilks & Knopik, LLC, as attorney in fact for Jamie N. Grimm, debtor ("Applicant") applies to this Court for entry of an order directing the clerk to remit the sum of $ 814.50 due to Jamie N. Grimm ("Claimant").

| 1. | Full legal name of Claimant (If Claimant is an individual, skip to | *Claimant is an Individual* |
|---|---|---|
| 2. | Type of Entity (corporation, LLC, partnership) | |
| 3. | State of Incorporation/Organization | |
| 4. | Name and Title of Authorizing Officer or Representative | |
| 5. | Current Mailing Address | 236 NE 281 Ave., Old Town, FL 32680 |
| 6. | Telephone Number | (352) 440-0760 |
| 7. | SS# (last 4 digits only) or EIN # | xxx-xx-9075 |
| 8. | Amount Being Claimed | 814.50 |

Applicant represents that Applicant is authorized to submit this Application and is entitled to receive the requested funds based upon: *(check the applicable statement)*

☐ Applicant is the **original creditor** and owner of the funds as it appears on the records of this Court;

☐ Applicant is the **assignee** of the original creditor's claim to said funds, as evidenced in the attached documentation;

☐ Applicant is the original creditor's **successor in interest**, as evidenced in the attached documentation;

☒ Applicant is an **attorney or "funds locator"** named in a special/limited power of attorney, which document is attached hereto, that is valid under the laws of the State of Florida, that empowers Applicant to collect the unclaimed funds described above on behalf of the Claimant. Applicant states that the Claimant is the: *(check the applicable statement)*
  ☒ Original creditor and owner of the claim; — *Funds are for the debtor*
  ☐ Original creditor's attorney with authorization to receive said funds;
  ☐ Assignee of the original creditor's claim to said funds;
  ☐ Successor in interest of the original creditor; or
  ☐ Personal representative of the original creditor's estate.

This Application is submitted with the necessary documents to establish (1) Applicant's authority to collect the unclaimed funds on behalf of the Claimant and (2) the Claimant's entitlement to the particular unclaimed funds. The Application was completed and submitted in accordance with the Court's instructions for filing an application for payment of unclaimed funds.

In accordance with 28 U.S.C. § 2042, Applicant certifies that a copy of this Application (and all attachments) have been provided to the Office of the United States Attorney on 4/30/2020 (date), at: (*check the applicable location*)

    ☒ (Gainesville, Tallahassee, and Panama City Divisions) 111 N. Adams St., 4th Floor, Tallahassee, FL 32301

    ☐ (Pensacola Division) 21 E. Garden St., Ste. 400, Pensacola, FL 32502

Therefore, Applicant requests the Court enter an order directing payment of unclaimed funds described above to the Applicant, or if the Applicant is not the Claimant, to the Applicant and Claimant, in accordance with the documents submitted in support of the Application.

Under penalty of perjury, I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

**SIGNATURE BLOCK FOR AN INDIVIDUAL** (*signature block for an entity on next page*)

Dated: _____

_____
Signature of Individual Applicant

Print Name: _____

Street Address: _____

City/State/Zip: _____

Telephone *(including area code)*: _____

Sworn to and subscribed before me this ____ day of _____, 20___, by

_____.

Personally Known _____ OR Produced Identification _____

Type of Identification Produced _____

_____        [SEAL]
Notary Public                                                                     My commission expires:_____
In and for the State of _____

## SIGNATURE BLOCK FOR AN ENTITY (*signature block for individual on previous page*)

Dated: 4/30/2020

Name of Applicant (entity): Dilks & Knopik, LLC, as attorney in fact for Jamie N. Grimm, debtor

By: *[signature]*

Print Name: Brian J. Dilks

Title: Member

Street Address: 35308 SE Center Street

City/State/Zip: Snoqualmie / WA / 98065

Telephone (*including area code*): (425) 836-5728

Sworn to and subscribed before me this 30th day of April, 20 20, by Brian J. Dilks.

Personally Known  X   OR Produced Identification _____

Type of Identification Produced _____

*[signature]*
Notary Public

In and for the State of WA

My commission expires: 2/19/22

[SEAL]

MATTHEW ZETTLEY
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2022

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

IN RE: Jamie N. Grimm                    CASE NO.    16-10189
~~aka Jamie N Titlow~~

_____ Debtor(s) /

AFFIDAVIT OF CLAIMANT

I, Brian J. Dilks                    , the undersigned claimant [or *duly authorized representative for the claimant as identified in paragraph (2)*], declare as follows:

1. I Brian J. Dilks            [*Claimant or authorized representative of Claimant that has been granted a power of attorney to submit for claimant as indicated in the attached power of attorney*] am seeking payment of $ 814.50        held in the registry of the Court.

2. My name, position with company [*if applicable*], address and telephone number are as follows:
   Brian J. Dilks, Member
   35308 SE Center Street
   Snoqualmie / WA / 98065
   (425) 836-5728

3. Copies of all necessary documentation, including those which establish the chain of ownership of the original corporate creditor [*e.g. documents relating to a sale of company, purchase agreements and/or stipulation by prior and new owner as a right of ownership of funds*] and which substantiate claimant's right to the funds, are attached.

4. I [*or the business that I represent as claimant*] have neither previously received these funds nor contracted with any other party other than the person named in item one above to recover these funds.

I certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: 4/30/2020

Signature of Claimant or duly authorized representative

Print Name: Brian J. Dilks

Title: Member

Sworn to and subscribed before me this 30th day of April, 20 20, by

Brian J. Dilks.

Personally Known X    OR Produced Identification _____

Type of Identification Produced _____

Notary Public
In and for the State of Washington

My commission expires: 2/19/22

[SEAL]

MATTHEW ZETTLEY
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2022